# AFFIDAVIT OF SERVICE

| Case: 2:24-cv-01264 | Court: n/a | County: n/a | Job: 11677255 (23595395) |
|---|---|---|---|
| **Plaintiff / Petitioner:** PHILIP MARTIN, et al. | | **Defendant / Respondent:** BINANCE HOLDINGS, LTD., et al. | |
| **Received by:** One Legal, an InfoTrack Company | | **For:** Keller Rohrback LLP | |
| **To be served upon:** BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation | | | |

**Recipient Name:** ELLEN JONES, Senior Intake Manager, for and on behalf of CORPORATION SERVICE COMPANY

**Recipient Address:** Business: 300 Deshutes Way SW Ste 304, Tumwater, WA 98501

**Manner of Service:** Personal Service, Aug 28, 2024, 3:17 pm PDT

**Documents:** Summons, Complaint, Civil Cover Sheet, Standing Order for All Civil Cases

**Diligence / Comments:**
1) Successful Attempt: Aug 28, 2024, 3:17 pm PDT at Business: 300 Deshutes Way SW Ste 304, Tumwater, WA 98501 received by ELLEN JONES, Senior Intake Manager, for and on behalf of CORPORATION SERVICE COMPANY. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'7"; Hair: Red; Other: ELLEN JONES INTAKE MANAGER. ;
REGISTERED AGENT CSC.

**Statement(s):**
I, Aaron Hayes, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

*Aaron Hayes*     08/30/2024

Aaron Hayes     Date
Registration: WA RPS 28108

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815