| | |
|---|---|
| | The Honorable Barbara J. Rothstein |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PHILIP MARTIN, T.F. (NATALIE) TANG, and YATIN KHANNA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BINANCE HOLDINGS, LTD d/b/a BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and CHANGPENG ZHAO,<br><br>Defendants. | No. 2:24-cv-01264-BJR<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SERVICE OF SUMMONS AND COMPLAINT BY UNITED STATES MARSHAL** |

Having considered Plaintiffs' Motion for Service of Summons and Complaint by United States Marshal and the supporting materials (the "Motion"), and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to Federal Rule of Civil Procedure 4(c)(3) and Local Rule 4(c), the United States Marshal Service is directed to serve Defendant Changpeng Zhao (BOP Register Number 88087-510) with a copy of the Class Action Complaint (ECF No. 1), Summons (ECF

ORDER (2:24-cv-01264-BJR)

No. 13-2), and any other case-related documents, at RRM Long Beach, 1299 Seaside Avenue, San Pedro, California 90731, Defendant Changpeng Zhao's specific RRC, or any other location where service may be proper.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED this 12th day of September, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

      /s/ Evan J. Kaufman
_____
EVAN J. KAUFMAN

ROBBINS GELLER RUDMAN
       & DOWD LLP
SAMUEL H. RUDMAN (*pro hac vice*)
EVAN J. KAUFMAN (*pro hac vice*)
JONATHAN A. OHLMANN (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
johlmann@rgrdlaw.com

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO, WSBA #16569
DEREK W. LOESER, WSBA# 24274
CHRIS N. RYDER, WSBA# 58732

ORDER (2:24-cv-01264-BJR)

1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206/623-1900
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
cryder@kellerrohrback.com