THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIP MARTIN, T.F. (NATALIE) TANG, and YATIN KHANNA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS, LTD. d/b/a BINANCE, BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and CHANGPENG ZHAO,<br><br>Defendants. | Case No. 2:24-cv-01264<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT BAM TRADING SERVICES INC.'S TIME TO RESPOND TO PLAINTIFFS' INITIAL COMPLAINT** |

## I. STIPULATION

Plaintiffs, Philip Martin, *et al.* ("Plaintiffs"), and Defendant BAM Trading Services Inc. ("BAM"), through their undersigned counsel, hereby stipulate and agree as follows:

1. On August 28, 2024, Plaintiffs served BAM with a Summons and a Complaint.

2. Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, BAM's current deadline to respond to the Complaint is September 18, 2024.

3. The parties, through their respective counsel, have agreed that, pursuant to Local Rule 7(j), BAM's deadline to respond to the Complaint is extended by thirty (30) days, up to and including October 18, 2024.

Case No. 2:24-cv-01264
STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEFENDANT BAM TRADING SERVICES INC'S TIME TO RESPOND
TO INITIAL COMPLAINT
Page 1

**WINSTON & STRAWN LLP**
200 S. Biscayne Blvd.
Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500

4. The parties submit that good cause exists for the extension agreed to herein, as BAM's counsel was only recently engaged in this litigation. Moreover, the other two Defendants in this action, Binance Holdings Ltd. and Changpeng Zhao, have not yet been served with the Summons and Complaint, and it may be efficient for the Court and the parties to align the response deadline for all Defendants.

5. The parties submit that the extension will not unduly delay the progress of this case, as no discovery cut-off or trial dates have been set and no extensions have previously been requested.

IT IS SO STIPULATED this 18th day of September 2024.

| KELLER ROHRBACK LLP | CORR CRONIN LLP |
|---|---|
| s/ Derek W. Loeser (per email authorization)<br>Derek W. Loeser, WSBA No. 24274<br>Lynn Lincoln Sarko, WSBA No. 16569<br>Chris N. Ryder, WSBA No. 58732<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101-3052<br>(206) 623-1900 Phone<br>dloeser@kellerrohrback.com<br>lsarko@kellerrohrback.com | s/ Blake Marks-Dias<br>Blake Marks-Dias, WSBA No. 28169<br>Todd T. Williams, WSBA No. 45032<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>bmarksdias@corrcronin.com<br>twilliams@corrcronin.com |
| s/ Evan J. Kaufman (per email authorization)<br>Evan J. Kaufman, *Admitted Pro Hac Vice*<br>Samuel H. Rudman, *Admitted Pro Hac Vice*<br>Jonathan A. Ohlmann, *Admitted Pro Hac Vice*<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100 Phone<br>ekaufman@rgrdlaw.com<br>srudman@rgrdlaw.com<br>johlmann@rgrdlaw.com | Daniel T. Stabile *(Pro Hac Vice Application Forthcoming)*<br>Gabriela A. Plasencia *(Pro Hac Vice Application Forthcoming)*<br><br>WINSTON & STRAWN LLP<br>200 S. Biscayne Blvd.<br>Suite 2400<br>Miami, FL 33131<br>(305) 910-0500 Phone<br>dstabile@winston.com<br>gplasencia@winston.com |

Case No. 2:24-cv-01264
STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEFENDANT BAM TRADING SERVICES INC'S TIME TO RESPOND
TO INITIAL COMPLAINT
Page 2

**WINSTON & STRAWN LLP**
200 S. Biscayne Blvd.
Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500

| | | |
|---|---|---|
|1| Eric I. Niehaus, *Admitted Pro Hac Vice* | Thania (Athanasia) Charmani *(Pro Hac Vice Application Forthcoming)* |
|2| ROBBINS GELLER RUDMAN & DOWD LLP | |
|3| 655 West Broadway, Suite 1900<br>San Diego, CA  92101 | WINSTON & STRAWN LLP<br>200 Park Avenue |
|4| (619) 231-1058 Phone<br>ericn@rgrdlaw.com | New York, NY 10166-4196<br>(212) 294-6700 Phone |
|5| | acharmani@winston.com |
|6| David Silver, *Admitted Pro Hac Vice*<br>Jason Stuart Miller, *Admitted Pro Hac Vice* | **Attorneys for Defendant BAM Trading Services Inc.** |
|7| SILVER MILLER<br>4450 NW 126th Avenue, Suite 101 | |
| | Coral Springs, FL 33065 | |
|8| (954) 516-6000 Phone<br>dsilver@silvermillerlaw.com | |
|9| jmiller@silvermillerlaw.com | |
|10| John C. Herman, *Admitted Pro Hac Vice* | |
| | HERMAN JONES LLP | |
|11| 3424 Peachtree Road NE<br>Suite 1650 | |
|12| Atlanta, GA 30326 | |
| | (404) 504-6555 Phone | |
|13| jherman@hermanjones.com | |
|14| **Attorneys for Plaintiffs Philip Martin, et. al.** | |

Case No. 2:24-cv-01264
STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEFENDANT BAM TRADING SERVICES INC'S TIME TO RESPOND
TO INITIAL COMPLAINT
Page 3

WINSTON & STRAWN LLP
200 S. Biscayne Blvd.
Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500

## II. ORDER

**IT IS SO ORDERED.**

DATED this 19th day of September 2024.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Todd T. Williams, WSBA No. 45032
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
twilliams@corrcronin.com
elindberg@corrcronin.com

*Attorneys for BAM Trading Services Inc*

Case No. 2:24-cv-01264
STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEFENDANT BAM TRADING SERVICES INC'S TIME TO RESPOND
TO INITIAL COMPLAINT
Page 4

WINSTON & STRAWN LLP
200 S. Biscayne Blvd.
Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500