HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIP MARTIN; T.F. (NATALIE TANG); AND YATIN KHANNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS, LTD d/b/a BINANCE; BAM TRADING SERVICES, INC. d/b/a BINANCE US, a Delaware corporation; and CHANGPENG ZHAO,<br><br>Defendants. | Case No.  2:24-cv-01264-BJR<br><br>**STIPULATED MOTION TO WAIVE SERVICE AND SET SCHEDULE FOR RESPONSE TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 4, 2024 |

## I.  STIPULATED MOTION

Plaintiffs Philip Martin, T.F. (Natalie) Tang, and Yatin Khanna (collectively "Plaintiffs"), and Defendants Binance Holdings, Ltd d/b/a Binance ("BHL"), BAM Trading Services Inc. d/b/a Binance.US ("BAM") and Changpeng Zhao (collectively "Defendants"), stipulate and agree as follows:

1.     On August 16, 2024, Plaintiffs filed the Complaint. (ECF No. 1.)

2.     On August 30, 2024, Plaintiffs filed an Affidavit of Service attesting that BAM was served on August 28, 2024. (ECF No. 20.)

3.     On September 11, 2024, Plaintiffs filed a Motion for Service of Summons and Complaint by United States Marshal on Mr. Zhao (ECF No. 21), which the Court granted on

136155.0001/9902076.1

September 12, 2024 (ECF No. 24).

4.      On September 18, 2024, BAM and Plaintiffs filed a Joint Stipulated Motion to Extend BAM's Time to Respond to the Complaint by 30 days to October 18, 2024, explaining that BAM's counsel was only recently retained and BHL and Mr. Zhao had not yet been served. (ECF No. 26.) On September 19, 2024, the Court granted the Motion. (ECF No. 30.)

5.      Pursuant to the Court's Standing Order for All Civil Cases (ECF No. 14 (the "Standing Order")), between September 17 and September 20, 2024, counsel for the Parties met and conferred to determine whether a motion pursuant to Fed. R. Civ. P. 12(b) could be avoided. (*See* Standing Order § F.)

6.      On September 18, 2024, a United States Marshal served a copy of the summons and the Complaint on Mr. Zhao.  Plaintiffs were notified on September 24, 2024, that the United States Marshal served the summons and Complaint on Mr. Zhao.

7.      The Parties agree that bifurcating Defendants' response to the Complaint in the two stages as set out in paragraph 8, *infra* (the "Request to Bifurcate"), such that the parties will first brief Defendants' motion to compel arbitration and will then brief Defendants motions to dismiss on jurisdictional and substantive grounds, if necessary, will serve the purpose of the Standing Order, potentially avoid unnecessary briefing, serve efficiency and judicial economy, and conserve the Parties' and the Court's resources.

8.      The Parties further agree that the Request to Bifurcate is permitted and warranted pursuant to *Sinochem Int'l Co. v. Malaysia Int'l Shipping Corp*., 549 U.S. 422 (2007) ("*Sinochem*"). Under *Sinochem*, since there is "no mandatory 'sequencing of jurisdictional issues,'" (*Sinochem*, 549 U.S. at 431) the Court has "leeway to 'choose among threshold grounds for denying audience to a case on the merits,'" and may resolve certain "'threshold question[s]' … before addressing jurisdiction." (*Id.* at 431 (citations omitted).)  This is particularly true where, as here, considerations of "convenience, fairness, and judicial economy so warrant." (*Id.* at 436, 432.)

9.      Accordingly, the Parties agree that good cause exists for the Court to enter an order pursuant to Fed. R. Civ. P. 6(b) approving the Stipulation as follows:

STIPULATED MOTION TO WAIVE SERVICE/SET
SCHEDULE FOR RESPONSE TO COMPLAINT - 2
CASE NO. 2:24-cv-01264-BJR

136155.0001/9902076.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

A. BHL hereby waives service of a summons and waives any objections to the absence of a summons or of service.

B. Within 60 days after the Court grants the Stipulation, Defendants will file a single combined Motion to Compel Arbitration, only. Plaintiffs shall file an opposition within 30 days of the Motion and Defendants shall have 14 days to file a reply. By filing the Motion to Compel, Defendants do not consent to the Court's personal jurisdiction or waive any arguments or defenses, except for the sufficiency and validity of service of process, including, but not limited to, those relating to personal jurisdiction.

C. By agreeing to the terms of this stipulation, Plaintiffs do not acknowledge any merit to Defendants' anticipated Motion to Compel and are agreeing solely to promote efficiencies and in the spirit of compromise.

D. If the Court denies Defendants' Motion to Compel Arbitration, the parties shall meet and confer pursuant to the Court's Standing Order to determine whether a motion pursuant to Fed. R. Civ. P. 12(b) can be avoided. The parties shall file a joint report with the Court no later than 14 days after any Order denying Defendants' Motion to Compel to notify the Court if Defendants seek to file a Motion to Dismiss and, if so, the proposed briefing schedule of the parties.

10.     The Parties submit that good cause exists to grant the Request to Bifurcate because the case is in its early stages and the proposed responsive schedule will not cause undue delay. Indeed, BAM's counsel was only recently engaged in this litigation and its responsive pleading deadline is on October 18, 2024—that is, in more than three weeks. Finally, no discovery cut-off or trial dates have been set, BAM has only requested one previous extension to respond to the Complaint, and Mr. Zhao and BHL have not requested any extensions of time.

11.     The Parties further submit that good cause exists to grant the Request to Bifurcate because the proposed schedule potentially avoids unnecessary litigation and expense, promotes judicial economy, and facilitates the orderly presentation and adjudication of the issues presented

STIPULATED MOTION TO WAIVE SERVICE/SET
SCHEDULE FOR RESPONSE TO COMPLAINT - 3
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

136155.0001/9902076.1

in this case. Because Defendants intend to make similar challenges to the Complaint, it serves judicial efficiency to align the response deadline for all Defendants to avoid repetitive briefing.

12. The Parties agree that by filing this Stipulation, Defendants do not intend to make, and have not made, a general appearance, and have not waived their right to move to compel arbitration and/or argue that the Court lacks personal jurisdiction over Defendants. For avoidance of doubt, Defendants met and conferred with Plaintiffs and submit this Stipulation subject to, and without waiver of, Defendants' arbitration and jurisdictional arguments and defenses.

IT IS SO STIPULATED this 4th day of October 2024.

KELLER ROHRBACK LLP

By:  */s/  Lynn Lincoln Sarko*
   Derek W. Loeser, WSBA No. 24274
   Lynn Lincoln Sarko, WSBA No. 16569
   Chris N. Ryder, WSBA No. 58732
   1201 Third Avenue, Suite 3400
   Seattle, WA  98101-3052
   (206) 623-1900
   dloeser@kellerrohrback.com
   lsarko@kellerrohrback.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
   Evan J. Kaufman, *Admitted Pro Hac Vice*
   Samuel H. Rudman, *Admitted*
   *Pro Hac Vice*
   Jonathan A. Ohlmann, *Admitted*
   *Pro Hac Vice*
   58 Service Road, Suite 200
   Melville, NY  11747
   (631) 367-7100
   ekaufman@rgrdlaw.com
   srudman@rgrdlaw.com
   johlmann@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
   Eric I. Niehaus, *Admitted Pro Hac Vice*
   655 West Broadway, Suite 1900
   San Diego, CA  92101
   (619) 231-1058
   ericn@rgrdlaw.com

CORR CRONIN LLP

By: */s/  Blake Marks-Dias*
   Blake Marks-Dias, WSBA No. 28169
   Todd T. Williams, WSBA No. 45032
   1015 Second Avenue, Floor 10
   Seattle, WA  98104
   (206) 625-8600
   bmarksdias@corrcronin.com
   twilliams@corrcronin.com

WINSTON & STRAWN LLP
   Daniel Stabile *(Pro Hac Vice)*
   Gabriela Plasencia *(Pro Hac Vice)*
   200 S. Biscayne Blvd.
   Suite 2400
   Miami, FL 33131
   (305) 910-0500
   dstabile@winston.com
   gplasencia@winston.com

   Thania Charmani (*Pro Hac Vice*)
   200 Park Avenue
   New York, NY 10166-4196
   (212) 294-6700
   acharmani@winston.com

*Attorneys for Defendant BAM Trading Services Inc.*

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

SILVER MILLER
 David C. Silver, *Admitted Pro Hac Vice*
 Jason S. Miller, *Admitted Pro Hac Vice*
 4450 NW 126th Avenue, Suite 101
 Coral Springs, FL  33065
 (954) 516-6000
 dsilver@silvermillerlaw.com
 jmiller@silvermillerlaw.com

HERMAN JONES LLP
 John C. Herman, *Admitted Pro Hac Vice*
 3424 Peachtree Road, N.E., Suite 1650
 Atlanta, GA  30326
 (404)504-6555
 jherman@hermanjones.com

*Attorneys for Plaintiffs Philip Martin, et. al.*

LANE POWELL PC

By: */s/ Sean D. Jackson*
 Sean Jackson WSBA No. 33615
 1420 Fifth Avenue, Suite 4200
 Seattle, WA 98101
 (206) 223-7000
 JacksonS@LanePowell.com

WITHERS BERGMAN LLP
 Christoper N. LaVigne (*pro hac vice forthcoming*)
 430 Park Avenue, 10th Floor
 New York, New York 1002
 (212) 848-9882
 christopher.lavigne@withersworldwide.com

*Attorneys for Defendant Binance Holdings Ltd. d/b/a Binance*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/  Alicia Cobb*
 Alicia Cobb
 1109 First Avenue, Suite 210
 Seattle, WA 98101
 (206) 905-7000
 aliciacobb@quinnemanuel.com

 Avi Perry (*pro hac vice forthcoming*)
 1300 I Street, NW, Suite 900
 Washington, D.C. 20005
 (202) 538-8000
 aviperry@quinnemanuel.com

 Peter H. Fountain (*pro hac vice forthcoming*)
 Michael A. Linneman (*pro hac vice forthcoming*)
 51 Madison Avenue, 22nd Floor
 New York, New York 10010
 (212) 849-7000
 peterfountain@quinnemanuel.com
 michaellinneman@quinnemanuel.com

STIPULATED MOTION TO WAIVE SERVICE/SET
SCHEDULE FOR RESPONSE TO COMPLAINT - 5
CASE NO. 2:24-cv-01264-BJR

136155.0001/9902076.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Brenna Ledvora (*pro hac vice forthcoming*)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
brennaledvora@quinnemanuel.com

*Attorneys for Defendant Changpeng Zhao*

STIPULATED MOTION TO WAIVE SERVICE/SET
SCHEDULE FOR RESPONSE TO COMPLAINT - 6
CASE NO. 2:24-cv-01264-BJR

136155.0001/9902076.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1

## II.  ORDER

2   **IT IS SO ORDERED.**

3   DATED this 7th day of October 2024.

4

5

6   BARBARA J. ROTHSTEIN
    UNITED STATES DISTRICT JUDGE

7

8

9   Presented by:

10  LANE POWELL PC

11  *s/ Sean D. Jackson*

12  Sean D. Jackson, WSBA No. 33615
    1420 Fifth Avenue, Suite 4200

13  P.O. Box 91302
    Seattle, Washington 98111-9402

14  Phone:  206.223.7000

15  jacksons@lanepowell.com

16  Christopher N. LaVigne, (*pro hac vice forthcoming*)
    christopher.lavigne@withersworldwide.com

17  430 Park Avenue, 10th Floor
    New York, New York 10022-3505

18  Phone 212.848.9800
    Fax 212.848.9888

19

20  *Attorneys for Defendant Binance Holdings Ltd.*
    *d/b/a Binance*

21

22

23

24

25

26

27

STIPULATED MOTION TO WAIVE SERVICE/SET
SCHEDULE FOR RESPONSE TO COMPLAINT - 7
CASE NO. 2:24-cv-01264-BJR

136155.0001/9902076.1