HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIP MARTIN, T.F. (NATALIE) TANG, and YATIN KHANNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS, LTD. d/b/a BINANCE, BAM TRADING SERVICES, INC. d/b/a BINANCE US, a Delaware corporation, and CHANGPENG ZHAO,<br><br>Defendants. | Case No. 2:24-cv-01264-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY AND AMEND THE BRIEFING SCHEDULE FOR MOTION TO COMPEL ARBITRATION** |

## I. STIPULATED MOTION

Plaintiffs Philip Martin, T.F. (Natalie) Tang, and Yatin Khanna (collectively, "Plaintiffs"), and Defendants Binance Holdings, Ltd. ("BHL"), BAM Trading Services Inc. ("BAM"), and Changpeng Zhao (collectively, "Defendants"), stipulate and agree as follows:

1. On August 16, 2024, Plaintiffs filed the Complaint. (Dkt. No. 1.)

2. Between September 17 and September 20, 2024, counsel for the Parties met and conferred pursuant to the Court's Standing Order for All Civil Cases (Dkt. No. 14 (the "Standing Order")), in order to determine whether a motion pursuant to Fed. R. Civ. P. 12(b) could be avoided.

ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY - 1
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

3. On October 4, 2024, the Parties filed a Stipulated Motion to Waive Service and Set Schedule for Response to Complaint. (Dkt. No. 41.) On October 7, 2024, the Court granted the Parties' Stipulated Motion. (Dkt. No. 42 (the "Bifurcated Schedule").)

4. Pursuant to the Bifurcated Schedule, Defendants' deadline to file a Motion to Compel Arbitration is December 6, 2024; Plaintiffs have 30 days from that Motion to file an opposition; and Defendants have 14 days to file a reply. (*Id.* at 3.) If the Court denies Defendants' Motion to Compel Arbitration, the Parties shall meet and confer pursuant to the Court's Standing Order to determine whether a motion pursuant to Fed. R. Civ. P. 12(b) can be avoided. Then, the Parties shall file a joint report with the Court no later than 14 days after any Order denying Defendants' Motion to Compel to notify the Court if Defendants seek to file a Motion to Dismiss and, if so, the proposed briefing schedule of the parties. (*Id.*)

5. On October 10, 2024, the Court entered an initial schedule setting various discovery-related deadlines for this case. (Dkt. No. 48 (the "Initial Schedule").) Under the Initial Schedule, the Parties' deadline for a Fed. R. Civ. P. 26(f) conference was November 7, 2024; for initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is November 14, 2024; and for a combined joint status report and discovery plan as required by Fed. R. Civ. P. 26(f) and L.R. 26(f) is November 21, 2024. (*Id.* at 1.)

6. Pursuant to the Initial Schedule, the Parties met and conferred via Zoom on November 4, 2024, and continued to meet and confer to date via email.

7. Pursuant to those meet and confer efforts, the Parties agree that, with the exception of limited arbitration related discovery to be agreed upon between Plaintiffs and BHL as set out below, (a) staying discovery and the deadlines in the Initial Schedule until the Court enters a decision on Defendants' Motion to Compel and (if necessary) Defendants' Motion to Dismiss (the "Stipulated Stay of Discovery"), and (b) amending the briefing schedule set out in the Bifurcated Schedule, serves efficiency and judicial economy, conserves the Parties' and the Court's resources, and facilitates the orderly presentation and adjudication of the issues presented in this case.

ORDER GRANTING STIPULATED MOTION TO
STAY DISCOVERY - 2
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

<9>

8. Accordingly, the Parties agree that good cause exists for the Court to enter an order pursuant to Fed. R. Civ. P. 6(b) and 26(c) approving the Stipulated Stay of Discovery and amending the Bifurcated Schedule as follows:

    A. Defendants wish to use certain filings from the following cases in support of their Motion to Compel Arbitration: *Kattula v. Coinbase Global, Inc., et al.*, No. 1:22CV03250 (N.D. Ga. filed Aug. 15, 2022), and *Osterer v. BAM Trading Services Inc., et al.*, No. 1:23CV22083 (S.D. Fla. filed Jun. 5, 2023). Plaintiffs and BHL will meet and confer regarding which filings from these cases Plaintiffs will agree to authenticate and/or verify. BHL and Plaintiffs will enter into a stipulation regarding such filings within 5 business days after BHL provides Plaintiffs with the filings it intends to reference in the Motion to Compel.

    B. BHL will issue limited arbitration-related discovery requests to Plaintiffs by November 20, 2024.

    C. Plaintiffs will provide responses to BHL's requests by December 4, 2024.

    D. Defendants' initial Motion to Compel brief will be filed by December 13, 2024.

    E. Plaintiffs will issue discovery requests to BHL by December 23, 2024.

    F. BHL will provide responses to Plaintiffs' requests by January 6, 2025.

    G. Plaintiffs' opposition to Defendants' Motion to Compel will be due on January 15, 2025.

    H. BHL will serve any additional limited written discovery requests by January 20, 2025, and Plaintiffs' responses to those requests will be due on January 27, 2025.

    I. Defendants' reply in support of the Motion to Compel will be due on February 3, 2025.

    J. All other discovery shall be stayed until the Court enters a decision on Defendants' Motion to Compel and, if Defendants file a Motion to Dismiss, the Court enters a decision on Defendants' Motion to Dismiss.

    K. The deadlines in the Initial Schedule (Dkt. No. 48) shall be stayed until the Court

ORDER GRANTING STIPULATED MOTION TO
STAY DISCOVERY - 3
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

enters a decision on Defendants' Motion to Compel and, if Defendants file a Motion to Dismiss, the Court enters a decision on Defendants' Motion to Dismiss.

    L. If the Court denies Defendants' Motion to Compel and no Motion to Dismiss is filed or the Court denies the Motion to Dismiss, the deadlines in the Initial Schedule (Dkt. No. 48) shall be set as follows:

        a. Fed. R. Civ. P. 26(f) Conference shall be within 14 days after any Order denying the Motion to Dismiss or joint report indicating that Defendants do not seek to file a Motion to Dismiss;

        b. Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) shall be within 28 days after any Order denying the Motion to Dismiss or joint report indicating that Defendants do not seek to file a Motion to Dismiss;

        c. Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) shall be within 42 days of any Order denying the Motion to Dismiss or joint report indicating that Defendants do not seek to file a Motion to Dismiss.

    9. The Parties submit that good cause exists to grant the Stipulated Stay of Discovery. Defendants' Motion to Compel and potential Motion to Dismiss are both dispositive motions which, if granted, would render discovery unnecessary. The proposed schedule potentially prevents the Parties from spending unnecessary litigation expenses and ensures the Court does not expend judicial resources on any unnecessary discovery-related issues. Similarly, staying the deadlines in the Initial Schedule promotes efficiency and conserves judicial resources by allowing the Parties the benefit of this Court's decisions on the Motion to Compel and Motion to Dismiss when proposing discovery and trial deadlines.

    10. The Parties further submit that the Stipulated Stay of Discovery and amendments to the Bifurcated Schedule will not unduly delay this case. This case is still in the very early stages, and no trial date has been set. Engaging in discovery while dispositive motions are pending does not facilitate the efficient adjudication and litigation of this case. Furthermore, the proposed

ORDER GRANTING STIPULATED MOTION TO
STAY DISCOVERY - 4
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1   deadlines in this Stipulated Stay of Discovery ensure that the case will move efficiently and quickly

2   if the Defendants' dispositive motions are denied.

3       IT IS SO STIPULATED this 13th day of November 2024.

| KELLER ROHRBACK LLP | CORR CRONIN LLP |
|---|---|
| By: */s/ Lynn Lincoln Sarko*<br>Derek W. Loeser, WSBA No. 24274<br>Lynn Lincoln Sarko, WSBA No. 16569<br>Chris N. Ryder, WSBA No. 58732<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101-3052<br>(206) 623-1900<br>dloeser@kellerrohrback.com<br>lsarko@kellerrohrback.com | By: */s/ Blake Marks-Dias*<br>Blake Marks-Dias, WSBA No. 28169<br>Todd T. Williams, WSBA No. 45032<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>(206) 625-8600<br>bmarksdias@corrcronin.com<br>twilliams@corrcronin.com |
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Evan J. Kaufman, *Admitted Pro Hac Vice*<br>Samuel H. Rudman, *Admitted Pro Hac Vice*<br>Jonathan A. Ohlmann, *Admitted Pro Hac Vice*<br>58 Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100<br>ekaufman@rgrdlaw.com<br>srudman@rgrdlaw.com<br>johlmann@rgrdlaw.com | WINSTON & STRAWN LLP<br><br>Daniel Stabile *(Pro Hac Vice)*<br>Gabriela Plasencia *(Pro Hac Vice)*<br>200 S. Biscayne Blvd.<br>Suite 2400<br>Miami, FL 33131<br>(305) 910-0500<br>dstabile@winston.com<br>gplasencia@winston.com<br><br>Thania Charmani (*Pro Hac Vice*) |
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Eric I. Niehaus, *Admitted Pro Hac Vice*<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br>ericn@rgrdlaw.com | 200 Park Avenue<br>New York, NY 10166-4196<br>(212) 294-6700<br>acharmani@winston.com<br><br>*Attorneys for Defendant BAM Trading Services Inc.* |

ORDER GRANTING STIPULATED MOTION TO
STAY DISCOVERY - 5
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | | |
|---|---|---|
| 1 | SILVER MILLER | LANE POWELL PC |
| 2 | David C. Silver, *Admitted Pro Hac Vice* <br> Jason S. Miller, *Admitted Pro Hac Vice* | |
| 3 | 4450 NW 126th Avenue, Suite 101 <br> Coral Springs, FL  33065 | By: */s/ Sean D. Jackson* <br> Sean Jackson WSBA No. 33615 |
| 4 | (954) 516-6000 | 1420 Fifth Avenue, Suite 4200 <br> Seattle, WA 98101 |
| 5 | dsilver@silvermillerlaw.com <br> jmiller@silvermillerlaw.com | (206) 223-7000 <br> JacksonS@LanePowell.com |
| 6 | | |
| 7 | HERMAN JONES LLP <br> John C. Herman, *Admitted Pro Hac Vice* | WITHERS BERGMAN LLP <br>     Christoper N. LaVigne (*pro hac vice* |
| 8 | 3424 Peachtree Road, N.E., Suite 1650 <br> Atlanta, GA  30326 | *forthcoming*) <br> 430 Park Avenue, 10th Floor |
| 9 | (404)504-6555 <br> jherman@hermanjones.com | New York, New York 1002 <br> (212) 848-9882 |
| 10 | *Attorneys for Plaintiffs Philip Martin, et. al.* | christopher.lavigne@withersworldwide.com |
| 11 | | *Attorneys for Defendant Binance Holdings Ltd.* |
| 12 | | *d/b/a Binance* |
| 13 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 14 | | |
| 15 | | By: */s/   Alicia Cobb* |
| 16 | |     Alicia Cobb <br> 1109 First Avenue, Suite 210 |
| 17 | | Seattle, WA 98101 <br> (206) 905-7000 |
| 18 | | aliciacobb@quinemanuel.com |
| 19 | |     Avi Perry (*pro hac vice forthcoming*) |
| 20 | | 1300 I Street, NW, Suite 900 <br> Washington, D.C. 20005 |
| 21 | | (202) 538-8000 <br> aviperry@quinnemanuel.com |
| 22 | | |
| 23 | |     Peter H. Fountain (*pro hac vice forthcoming*) |
| 24 | |     Michael A. Linneman (*pro hac vice forthcoming*) |
| 25 | | 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 |
| 26 | | (212) 849-7000 <br> peterfountain@quinnemanuel.com |
| 27 | | michaellinneman@quinnemanuel.com |

ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY - 6
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1
2                         Brenna Ledvora (*pro hac vice forthcoming*)
3                         191 N. Wacker Drive, Suite 2700
                          Chicago, Illinois 60606
4                         (312) 705-7400
                         brennaledvora@quinnemanuel.com
5
                         *Attorneys for Defendant Changpeng Zhao*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER GRANTING STIPULATED MOTION TO
STAY DISCOVERY - 7
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# II. ORDER

**IT IS SO ORDERED.**

DATED this 14th day of November 2024.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
UNITED STATED DISTRICT JUDGE

Presented by:

LANE POWELL PC

*s/ Sean D. Jackson*
Sean D. Jackson, WSBA No. 33615
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Phone: 206.223.7000
jacksons@lanepowell.com

Christopher N. LaVigne, (*pro hac vice forthcoming*)
christopher.lavigne@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505
Phone 212.848.9800
Fax 212.848.9888

*Attorneys for Defendant Binance Holdings Ltd.
d/b/a Binance*

STIPULATED MOTION TO STAY DISCOVERY - 8
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107