1

HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

PHILIP MARTIN, T.F. (NATALIE) TANG, and YATIN KHANNA, individually and on behalf of all others similarly situated,

Case No. 2:24-cv-01264-BJR

11

Plaintiffs,

12

**STIPULATED MOTION TO CONTINUE MOTION TO COMPEL ARBITRATION BRIEFING SCHEDULE**

v.

13

14

BINANCE HOLDINGS, LTD. d/b/a BINANCE, BAM TRADING SERVICES, INC. d/b/a BINANCE US, a Delaware corporation, and CHANGPENG ZHAO,

15

16

17

Defendants.

18

## I. STIPULATED MOTION

19

1.       Plaintiffs Philip Martin, T.F. (Natalie) Tang, and Yatin Khanna (collectively,

20

"Plaintiffs"), and Defendants Binance Holdings, Ltd. ("BHL"), BAM Trading Services Inc.

21

("BAM"), and Changpeng Zhao (collectively, "Defendants") respectfully submit that good cause

22

exists to extend the Motion to Compel Arbitration briefing schedule because Defendants intend to

23

rely on recent filings, a recent court order, and a pending ruling in another matter—*Osterer, et. al.*

24

*v. Binance Holdings Ltd., et al.*, No. 23-22083 (S.D. Fla.) ("*Osterer*")—in support of their Motion

25

to Compel Arbitration. The parties stipulate and agree as follows:

26

27

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**A.**     **The Current Motion to Compel Briefing Schedule**

2.     On August 16, 2024, Plaintiffs filed the Complaint.  (ECF No. 1.)

3.     On October 7, 2024, the Court granted the parties' Stipulated Motion to Waive Service and Set Schedule for Response to Complaint, wherein the parties agreed, among other things, to bifurcate Defendants' response such that (1) the Court would first decide Defendants' Motion to Compel Arbitration, and (2) if the Court denied Defendants' Motion to Compel Arbitration, the parties would meet and confer regarding any potential motion pursuant to Fed. R. Civ. P. 12(b). (ECF No. 42 (the "Bifurcation Stipulation").) Pursuant to the Bifurcation Stipulation, Defendants' original deadline to file the Motion to Compel was December 6, 2024.

4.     On October 10, 2024, the Court issued the Order Regarding Initial Disclosures and Joint Status Report, setting a November 7, 2024, deadline for the Fed. R. Civ. P. 26(f) conference; a November 14, 2024, deadline for initial disclosures; and a November 21, 2024, deadline for the parties to file a Joint Status Report and Discovery Plan. (ECF No. 48.)

5.     The parties met and conferred and agreed that a stay of all discovery, except for limited arbitration-related discovery between BHL and Plaintiffs that would serve judicial economy and the parties' best interest. On November 13, 2024, the parties filed the Stipulated Motion to Stay Discovery and Amend the Briefing Schedule for Motion to Compel Arbitration, requesting a stay of all discovery but allowing for limited arbitration-related discovery between BHL and Plaintiffs, setting a discovery schedule for the arbitration-related discovery, and extending the Motion to Compel Arbitration briefing deadlines by one week to allow the parties to conduct the discovery. (ECF No. 58.) On November 14, 2024, the Court granted the parties' stipulated Motion and ordered that (1) the deadline for Defendants to file a Motion to Compel is extended to December 13, 2024, and (2) that the deadlines in the Initial Schedule shall be stayed until the Court enters a decision on Defendants' Motion to Compel, and if Defendants file a Motion to Dismiss, the Court enters a decision on Defendants' Motion to Dismiss. (ECF No. 59.)

**B.**     **The *Osterer* Action**

6.     On June 5, 2023, Michael Osterer filed a putative class action against BHL and

STIPULATED MOTION TO CONTINUE MOTION TO
COMPEL ARBITRATION BRIEFING SCHEDULE - 2
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1    BAM. (*Osterer*, ECF No. 1.)

2        7.    On December 8, 2023, defendants in *Osterer* filed a Motion to Compel Arbitration.

3    (*Osterer*, ECF No. 49.) On May 24, 2024, while the Motion to Compel Arbitration was pending,

4    plaintiff Osterer filed a Motion for Leave to Amend seeking to add the three Plaintiffs in this

5    instant action (Philip Martin, T.F. (Natalie) Tang, and Yatin Khana) as additional named plaintiffs

6    to the putative class action complaint, to add Changpeng Zhao as an additional defendant, and to

7    amend the allegations and claims at issue in that action. (*Osterer*, ECF No. 62.)

8        8.    On July 31, 2024, the *Osterer* court issued an order (1) granting the Motion to

9    Compel Arbitration, (2) denying the Motion for Leave to Amend as moot in light of the arbitration

10   order, (3) staying proceedings, (4) administratively closing the case, and (5) directing the parties

11   to provide status updates on arbitration every 60 days. (*Osterer*, ECF No. 71 (the "Arbitration

12   Order").)

13       9.    On September 30, 2024, the parties in *Osterer* filed a status update informing the

14   court that "to date, no arbitration has been commenced." (*Osterer*, ECF No. 72.)

15       10.   On December 3, 2024, the court issued an Order to Show Cause directing the parties

16   in *Osterer* to file a joint status report. (*Osterer*, ECF No. 73.)

17       11.   On December 5, 2024, Mr. Osterer filed a Notice of Voluntary Dismissal Without

18   Prejudice seeking dismissal of all claims asserted by him (individually) and the putative class.

19   (*Osterer*, ECF No. 74.) The same day, the defendants in that action filed a Motion to Enforce Order

20   Compelling Arbitration, Strike Plaintiff's Notice of Voluntary Dismissal, and Dismiss With

21   Prejudice ("Motion to Dismiss With Prejudice"). (*Osterer*, ECF No. 75.) Defendants argued that

22   the voluntary dismissal without prejudice was not self-executing and the court should dismiss with

23   prejudice.

24       12.   On December 5, 2024, the parties also filed a joint response to the Court's Order to

25   Show Cause.  (*Osterer*, ECF No. 76.)

26       13.   Later that day, the court issued a Paperless Order holding that "it appears that the

27   Notice [of Voluntary Dismissal Without Prejudice] was improperly filed because the Federal

STIPULATED MOTION TO CONTINUE MOTION TO
COMPEL ARBITRATION BRIEFING SCHEDULE - 3
CASE NO. 2:24-cv-01264-BJR

1  Arbitration Act's mandatory stay provision, 9 U.S.C. § 3, precludes voluntary dismissal of a case

2  stayed pending arbitration." (*Osterer*, ECF No. 77.) The court ordered that "**on or before**

3  **December 12, 2024,** Plaintiff shall file a response to the Motion indicating why the Court should

4  not strike the Notice and dismiss this action with prejudice for failure to arbitrate as required by

5  the Order." (*Id.* (alterations original).)

6  **C.    Stipulated Extension to Motion to Compel Briefing**

7        14.    Currently, the deadline for Defendants to file a Motion to Compel Arbitration in

8  the instant action is on December 13, 2024—one day after Mr. Osterer is required to respond to

9  the Motion to Dismiss With Prejudice. Defendants' position is that, *inter alia*, the Arbitration Order

10  and pending order on the Motion to Dismiss *with prejudice*, are binding on the Plaintiffs in this

11  action. Therefore, Defendants are seeking an extension to the Motion to Compel Arbitration

12  briefing schedule so that they may include arguments based on any near-term ruling in *Osterer* in

13  their Motion to Compel in this action.

14        15.    Even though Plaintiffs do not agree with Defendants' position that the *Osterer* case

15  has any bearing on Plaintiffs' claims here, in order to avoid unnecessary motion practice and to

16  preserve judicial resources, Plaintiffs do not object to Defendants' request for an extension to the

17  briefing schedule.  Accordingly, the parties respectfully request that the current deadlines be

18  extended by approximately 30 days as follows:

19        A.    January 13, 2025: deadline for Defendants to file Motion to Compel

20        B.    January 23, 2025: deadline for Plaintiffs to issue arbitration discovery

21        C.    February 5, 2025: deadline for BHL to respond to discovery

22
23        D.    February 14, 2025: deadline for Plaintiffs to file memorandum in opposition
             to Defendants' Motion to Compel Arbitration

24        E.    February 19, 2025: deadline for BHL to serve further arbitration discovery

25        F.    February 26, 2025: deadline for Plaintiffs to respond to discovery

26        G.    March 5, 2024: deadline for Defendants to file Motion to Compel
             Arbitration Reply
27

STIPULATED MOTION TO CONTINUE MOTION TO
COMPEL ARBITRATION BRIEFING SCHEDULE - 4
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1    IT IS SO STIPULATED this 9th day of December 2024.

2    KELLER ROHRBACK LLP                    LANE POWELL PC

3    By: */s/ Lynn Lincoln Sarko*            By: */s/ Sean D. Jackson*
         Derek W. Loeser, WSBA No. 24274          Sean D. Jackson WSBA No. 33615
4        Lynn Lincoln Sarko, WSBA No.             1420 Fifth Avenue, Suite 4200
         16569                                    Seattle, WA 98101
5        Chris N. Ryder, WSBA No. 58732           (206) 223-7000
         1201 Third Avenue, Suite 3400            JacksonS@LanePowell.com
6        Seattle, WA  98101-3052
7        (206) 623-1900                       WITHERS BERGMAN LLP
         dloeser@kellerrohrback.com
8        lsarko@kellerrohrback.com               Christopher N. LaVigne, *Admitted pro hac
                                                  vice*
9    *Attorneys for Plaintiffs Philip Martin, et.*   Tyler Goss, *Admitted pro hac vice*
     *al.*                                        430 Park Avenue, 10th Floor
10                                                New York, New York 10022-3505
                                                  (212) 848-9800
11                                                Kimberly Pallen, *Admitted pro hac vice*
                                                  909 Montgomery Street, Suite 300
12                                                San Francisco, CA 94133
                                                  (415) 872-3200
13                                                Vahe Mesropyan, *Admitted pro hac vice*
                                                  10250 Constellation Blvd., Suite 1400
14                                                Los Angeles, CA 90067
                                                  (310) 277-9930
15                                                christopher.lavigne@withersworldwide.com
                                                  tyler.goss@withersworldwide.com
16                                                kimberly.pallen@withersworldwide.com
                                                  vahe.mesropyan@withersworldwide.com
17
18                                            *Attorneys for Defendant Binance Holdings Ltd.*
19                                            *d/b/a Binance*
20
21
22
23
24
25
26
27

STIPULATED MOTION TO CONTINUE MOTION TO
COMPILE ARBITRATION BRIEFING SCHEDULE - 5
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

ROBBINS GELLER RUDMAN &
DOWD LLP

Evan J. Kaufman, *Admitted Pro Hac
Vice*
Samuel H. Rudman, *Admitted Pro Hac
Vice*
Jonathan A. Ohlmann, *Admitted Pro
Hac Vice*
58 Service Road, Suite 200
Melville, NY  11747
(631) 367-7100
Eric I. Niehaus, *Admitted Pro Hac
Vice*
655 West Broadway, Suite 1900
San Diego, CA  92101
(619) 231-1058
ekaufman@rgrdlaw.com
srudman@rgrdlaw.com
johlmann@rgrdlaw.com
ericn@rgrdlaw.com

SILVER MILLER
David C. Silver, *Admitted Pro Hac
Vice*
Jason S. Miller, *Admitted Pro Hac
Vice*
4450 NW 126th Avenue, Suite 101
Coral Springs, FL  33065
(954) 516-6000
dsilver@silvermillerlaw.com
jmiller@silvermillerlaw.com

HERMAN JONES LLP
John C. Herman, *Admitted Pro Hac
Vice*
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
(404)504-6555
jherman@hermanjones.com

*Attorneys for Plaintiffs Philip Martin, et.
al.*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:  */s/Alicia Cobb*
Alicia Cobb, WSBA #48685
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000
aliciacobb@quinnemanuel.com

Avi Perry, *Admitted Pro Hac Vice*
1300 I Street, NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
aviperry@quinnemanuel.com

Peter H. Fountain, *Admitted Pro Hac Vice*
Michael A. Linneman, *Admitted Pro Hac
Vice*
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
peterfountain@quinnemanuel.com
michaellinneman@quinnemanuel.com

Brenna Ledvora, *Admitted Pro Hac Vice*
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
brennaledvora@quinnemanuel.com

*Attorneys for Defendant Changpeng Zhao*

CORR CRONIN LLP

By:  */s/Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Todd T. Williams, WSBA No. 45032
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600
bmarksdias@corrcronin.com
twilliams@corrcronin.com

WINSTON & STRAWN LLP

Daniel Stabile, *Admitted Pro Hac Vice*
Gabriela Plasencia, *Admitted Pro Hac Vice*
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
(305) 910-0500
dstabile@winston.com
gplasencia@winston.com

Thania Charmani (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4196
(212) 294-6700
acharmani@winston.com

*Attorneys for Defendant BAM Trading Services Inc. d/b/a/ BINANCE.US*

STIPULATED MOTION TO CONTINUE MOTION TO
COMPEL ARBITRATION BRIEFING SCHEDULE - 7
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

## II.  ORDER

**IT IS SO ORDERED.**

DATED this 10th day of December 2024.

BARBARA J. ROTHSTEIN
UNITED STATED DISTRICT JUDGE

Presented by:

LANE POWELL PC

By: */s/Sean D. Jackson*
    Sean D. Jackson WSBA No. 33615
    1420 Fifth Avenue, Suite 4200
    Seattle, WA 98101
    (206) 223-7000
    JacksonS@LanePowell.com

WITHERS BERGMAN LLP

    Christopher N. LaVigne, *Admitted pro hac vice*
    Tyler Goss, *Admitted pro hac vice*
    430 Park Avenue, 10th Floor
    New York, New York 10022-3505
    (212) 848-9800
    Kimberly Pallen, *Admitted pro hac vice*
    909 Montgomery Street, Suite 300
    San Francisco, CA 94133
    (415) 872-3200
    Vahe Mesropyan, *Admitted pro hac vice*
    10250 Constellation Blvd., Suite 1400
    Los Angeles, CA 90067
    (310) 277-9930
    christopher.lavigne@withersworldwide.com
    tyler.goss@withersworldwide.com
    kimberly.pallen@withersworldwide.com
    vahe.mesropyan@withersworldwide.com

*Attorneys for Defendant Binance Holdings Ltd.*
*d/b/a Binance*

STIPULATED MOTION TO CONTINUE MOTION TO
COMPEL ARBITRATION BRIEFING SCHEDULE - 8
CASE NO. 2:24-cv-01264-BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107